UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use *only* in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** Arizona Student Doe #1 , ; | **Defendant(s):** Donald J. Trump , President of the United States of America; John Cantu , ICE Enforcement and Removal Operations Phoenix Field Office Director; Todd M. Lyons , Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; Kristi Noem , Secretary, U.S. Department of Homeland Security; |
| County of Residence: Pima | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Pima | |
| Plaintiff's Atty(s): **Matthew H. Green ,** Green Evans-Schroeder  Tucson, AZ  85701  520-639-7276 | Defendant's Atty(s): , , |

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | 2. U.S. Government Defendant |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | 3 Citizen of Foreign Country |
| Defendant:- | N/A |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| VI.Cause of Action: | **This case is brought under the Administrative Procedure Act (APA), 5 U.S.C. § 706(2)(A), (C)-(D). 1. Plaintiff is a student in lawful F-1 status who is pursuing a master's degree. They are one of hundreds, if not more, F-1 students nationwide whose SEVIS record has been abruptly and unlawfully terminated by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) in the past two weeks, in an attempt to strip them of their ability to lawfully remain in the United States. Defendants have no statutory or regulatory authority to terminate Plaintiff's SEVIS record or status. Defendant's termination of Plaintiff's SEVIS status is not in accordance with law, in excess of statutory authority, and without observance of procedure required by law. Defendants terminated Plaintiff's SEVIS record based on improper grounds without prior notice and without providing Plaintiff an opportunity to respond. The failure to provide notice of the facts that formed the basis for the SEVIS termination is a violation of due process under the Fifth Amendment.** |

VII. Requested in Complaint

Class Action: No

Dollar Demand:

Jury Demand: No

VIII. This case **is not related** to another case.

**Signature:** Matthew H. Green

**Date:** 04/13/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014