# EXHIBIT B

Declaration of Matthew Green,

April 13, 2025

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1, | Case No. _____ |
| Plaintiff, | **DECLARATION OF MATTHEW GREEN** |
| v. | |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

1. My name is Matthew H. Green.

2. My date of birth is March 17, 1975.

3. I am an attorney, licensed by the Supreme Court of Arizona, and authorized to practice law in the State of Arizona, the U.S. District Court for the District of Arizona, and the U.S. Court of Appeals for the Ninth Circuit.

4. My residence and principal place of business are in Tucson, Arizona.

5. I am the attorney of record for Plaintiff, who is proceeding with the pseudonym of Arizona Student Doe #1, in the above-referenced case.

6. On April 13, 2025, I notified Ms. Katherine Branch, Esq., Chief, Civil Division, U.S. Attorney's Office, via electronic mail, of the fact that I intended to file Plaintiff's

Affidavit of Matthew H. Green

Emergency Motion for Temporary Restraining Order and Preliminary Injunction. I also provided Ms. Branch with a copy of the motion.

7. Rule 65(b)(1), Fed.R.Civ.P. states that a temporary restraining order may issue without written or oral notice to the adverse party, but only if (a) specific facts in an affidavit clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (b) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

8. For the reasons set forth at pages 6-7 of Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, I certify that appropriate efforts have been made to give notice to Defendants of Plaintiff's application for a Temporary Restraining Order.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 13, 2025
Dated

/s/Matthew H. Green
Matthew H. Green
AZSB No. 020827
Green Evans-Schroeder
130 W. Cushing Street
Tucson, AZ  85701
Tel: (520) 639-7288

Affidavit of Matthew H. Green