**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (AZ Bar No. 020827)
Jesse Evans-Schroeder (AZ Bar No. 027434)
130 West Cushing Street
Tel.: (520) 639-7288
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net

*Attorneys for Plaintiff*
Student Doe #1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. _____<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM**<br><br><u>Request for Declaratory and Injunctive Relief</u> |

Upon consideration of Plaintiff's Motion to Proceed Under Pseudonym, and good cause appearing therefore, the motion is **GRANTED**, and **IT IS FURTHER ORDERED** that:

   (a) The parties shall refer to Plaintiff by the pseudonym Arizona Student Doe #1 in

        all filings and public proceedings; and

Proposed Order Granting Plaintiff's
Motion to Proceed Under Pseudonym

(b) The parties shall redact all personally identifying information, including Plaintiff's true full name, from all filings consistent with Federal Rule of Civil Procedure 5.2.

IT IS SO ORDERED.

Dated: _____, 2025

_____
United States District Judge

Proposed Order Granting Plaintiff's
Motion to Proceed Under Pseudonym