1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8

9    Unknown Party,                                No. CV-25-00174-TUC-JGZ

10              Plaintiff,                          **ORDER**

11   v.

12   Donald J Trump, et al.,

13              Defendants.

14

15        Pending before the Court are Plaintiff's Emergency Motion for Temporary

16   Restraining Order and Preliminary Injunction and Motion to Proceed Under Pseudonym.

17   (Docs. 2, 3.) Plaintiff is an international student who entered the United States in 2021

18   pursuant to a student visa and is currently pursuing a master's degree at a university in

19   Arizona. (Doc. 1 at 9.) On April 3, 2025, Plaintiff received notice from school officials that

20   their Student and Exchange Visitor Information Systems ("SEVIS") status was terminated.

21   (*Id.*) SEVIS is a government database that tracks international students' compliance with

22   their F-1 visa status. (Doc. 2 at 11.) Plaintiff argues Defendants, through the actions of the

23   U.S. Department of Homeland Security ("DHS") and U.S. Immigration and Customs

24   Enforcement ("ICE"), violated the Due Process Clause of the Fifth Amendment and the

25   Administrative Procedure Act. (Doc. 1 at 11–14.)

26        At this time, the Court will not rule on Plaintiff's Emergency Motion by granting an

27   ex parte Temporary Restraining Order ("TRO") before the Defendants have an opportunity

28   to respond. *See* Fed. R. Civ. P. 65(b). The Court will schedule an in-person hearing for

Thursday April 17, 2025 at 9:00 a.m. to address whether to issue a TRO and whether to grant Plaintiff's Motion to Proceed Under Pseudonym. The Court will also order Defendants to file a written response to Plaintiff's request for a TRO and to proceed under pseudonym no later than Wednesday, April 16 at 5:00 p.m. Following the hearing, and a determination on the request for a TRO, the parties shall meet and confer regarding an appropriate briefing and argument schedule on the Motion for Preliminary Injunction.

If, before the scheduled hearing, Plaintiff becomes aware of any actions that might seriously affect the need for emergency relief—e.g., the initiation of removal proceedings against Plaintiff or their possible arrest, detention, or transfer—they should contact the Court's chambers immediately.

Accordingly,

**IT IS ORDERED:**

1.    An in-person hearing regarding Plaintiff's request for a TRO and Motion to Proceed Under Pseudonym is set for **April 17, 2025 at 9:00 a.m**.

2.    Defendants must file a written response to Plaintiff's request for a TRO and Motion to Proceed Under Pseudonym no later than **April 16, 2025 at 5:00 p.m.**

3.    The Clerk of Court must send a copy of this Order to the United States Attorney's Office for the District of Arizona via email at Katherine.Branch@usdoj.gov and melissa.kroeger@usdoj.gov.

Dated this 14th day of April, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge