UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | No. CV-25-00174-TUC-JGZ<br><br>**DECLARATION OF<br>AMI HUTCHINSON** |

1. My name is Ami Hutchinson.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I have been a licensed attorney since 2017, and I am currently licensed, and in good standing, in Wisconsin and Arizona. I have been practicing immigration law since 2018, and I am currently an adjunct professor at the University of Arizona College of Law, teaching the law school's immigration course this semester. I have also been employed as an immigration attorney with Green Evans-Schroeder, in Tucson, Arizona, for the past four years.

4. In the last month, I have been very involved with consulting with international students whose student visas have been revoked, and whose SEVIS records have been terminated. Nearly all the students with whom I have consulted attend Arizona State University or the University of Arizona.

Declaration of Ami Hutchinson

5. Based on the cases I have reviewed, it is typical in recent weeks for students to receive notice of their visa revocations from the U.S. consulates that issued their visas, and then to receive notice from their academic institutions that their SEVIS records have been terminated. Normally, the two actions occur within 24 to 48 hours of each other.

6. As part of the consultation process with these students, I have reviewed different documents and information pertaining to their cases. For example, I have reviewed the consular email notifications that the students receive, notifying them that their visas have been revoked. I have also reviewed screen shot images of their SEVIS accounts after their SEVIS records have been revoked. The screenshot images have been provided to us, or to the students, by school officials who have access to the students' SEVIS accounts.

7. As to the screenshot images of students' SEVIS accounts, I can confirm that I am aware of four students whose SEVIS accounts, post-termination, state the following: "TERMINATION REASON: OTHERWISE FAILING TO MAINTAIN STATUS – Student is terminated pursuant to INA 237(a)(1)(C)(i) and 237(a)(4)(C)(i)." I can also avow that, after attorneys in our law firm consulted with these four students, it was determined with a very high degree of certainty that those students had no involvement with any kind of activities or speech that would subject them to being removable under INA § 237(a)(4)(C)(i).

8. As to the consular email messages that at least five of the students received, the format and language are identical, and each email message reads as follows:

> We are writing about an important and serious matter in reference to your nonimmigrant student (F-1) visa.
>
> On behalf of the United States Department of State, the Bureau of Consular Affairs Visa Office hereby informs you that additional information became available after your visa was issued. As a result, your F-1 visa with expiration date [Day-Month-Year] was revoked in accordance with Section 221(i) of the United States Immigration and Nationality Act, as amended.
>
> The Bureau of Consular Affairs Visa Office has alerted the Department of Homeland Security's Immigration and Customs Enforcement, with manages the Student Exchange Visitor Program and is responsible for removal proceedings. They may notify your designated school official about the revocation of your F-1 visa.
>
> Remaining in the United States without lawful immigration status can result in fines, detention, and/or deportation. It may also make you

Declaration of Ami Hutchinson

ineligible for a future U.S. visa.  Please not that deportation can take place at a time that does not allow the person being deported to secure possessions or conclude affairs in the Untied States.  Persons being deported may be sent to countries other than their countries of origin.

Given the gravity of this situation, individuals whose visa was revoked may wish to demonstrate their intent to depart the United States using the CBP Home App at https://www.cbp.gov/about/mobile-apps-directory/cbphome.

As soon as you depart the United States, you must personally present your passport to the U.S. embassy or consulate which issued your visa so your visa can be physically cancelled.

You must not attempt to use your visa as it has been revoked.  If you intend to travel to the United States in the future, you must apply for another U.S. visa and a determination on your eligibility for a visa will be made at that time.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

April 16, 2025
Dated


Ami Hutchinson

Declaration of Ami Hutchinson