TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Fax: (520) 620-7149
Email: denise.faulk@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party, | CV-25-00174-TUC-JGZ |
| Plaintiff, | NOTICE TO COURT |
| v. | |
| Donald J. Trump, et al, | |
| Defendants. | |

Pursuant to this Court's instructions on April 17, 2025, the United States of America, specially appearing through undersigned counsel on behalf of Donald J. Trump, in his official capacity as President of the United States of America; John Cantu, in his official capacity as Director of U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations Phoenix Field Office; Todd M. Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement; and Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security, hereby notifies the Court of the following:

> The Department of State prudentially revoked Plaintiff's visa on March 31, 2025, after ICE identified her as having been arrested in the United States. Plaintiff was notified of the revocation on April 1, 2025.

The United States will supplement this Notice if additional information regarding Plaintiff becomes available before the hearing.

1   DATED: April 21, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney
*Attorneys for United States*

/ *NO to Court*