**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (AZ Bar No. 020827)
Jesse Evans-Schroeder (AZ Bar No. 027434)
130 West Cushing Street
Tel.: (520) 639-7288
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net

*Attorneys for Plaintiff*
Student Doe #1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1, <br><br> Plaintiff, <br><br> v. <br><br> Donald J. TRUMP, in his official capacity, President of the United States of America; <br><br> John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; <br><br> Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and <br><br> Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; <br><br> Defendants. | Case No. _____ <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM, MOTION FOR PROTECTIVE ORDER, AND EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> <u>Request for Declaratory and Injunctive Relief</u> |

Upon consideration of Plaintiff's motions to proceed under a pseudonym and for a protective order, and Plaintiff's motion for an emergency temporary restraining order, and good cause appearing therefore, the motions are **GRANTED**, and **IT IS FURTHER ORDERED** that:

Proposed Amended Order Granting Plaintiff's
Motions to Proceed Under Pseudonym, for
Protective Order, and for TRO

(a) Plaintiff is granted leave to proceed with the pseudonym Arizona Student Doe #1 in this action, and a protective order is issued requiring (1) any party filing materials with information identifying Plaintiff to be redacted or filed under seal; and (2) preventing Defendants from using information disclosed to them about Plaintiff for any purpose outside of this action;

(b) Defendants are enjoined from arresting, detaining, or transferring Plaintiff outside of the jurisdiction of this Court while the instant litigation is pending; and

(c) Defendants' actions in terminating Plaintiff's SEVIS record shall have no legal effect that would prevent Plaintiff from continuing her existing employment authorization, accruing any unlawful presence in the United States as a result of the SEVIS termination, or participating in any post-graduate employment authorization on Optical Practical Training (OPT) that she is entitled to enjoy as an F-1 nonimmigrant student.

IT IS SO ORDERED.

Dated: _____, 2025          _____
                                       Hon. Jennifer G. Zipps
                                       United States District Judg

Proposed Amended Order Granting Plaintiff's
Motions to Proceed Under Pseudonym, for
Protective Order, and for TRO