TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Fax: (520) 620-7149
Email: denise.faulk@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Unknown Party,<br><br>        Plaintiff,<br><br>    v.<br><br>Donald J. Trump, et al,<br><br>        Defendants. | CV-25-00174-TUC-JGZ<br><br>**SUPPLEMENTAL NOTICE TO COURT** |

Pursuant to this Court's instructions on April 17, 2025, the United States of America, specially appearing through undersigned counsel on behalf of Donald J. Trump, in his official capacity as President of the United States of America; John Cantu, in his official capacity as Director of U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations Phoenix Field Office; Todd M. Lyons, in his official capacity as Acting Director, United States Immigration and Customs Enforcement; and Kristi Noem, in her official capacity as Secretary of U.S. Department of Homeland Security, hereby notifies the Court of the following information which became available after 5:00 p.m. on Monday, April 21, 2025:

        Plaintiff is a citizen and national of India, who was last admitted to the United States as an F-1 nonimmigrant visa holder. Her information was run against criminal databases and was a verified match to a criminal history record for Assault-Touched to Injure on October 3, 2023, by the

Tucson Police Department.  At that time, records indicate that the charge was dismissed by the court.

Based on Plaintiff's criminal history, on April 2, 2025, the Student and Exchange Visitor Program amended Plaintiff's SEVIS record to reflect this information by setting the record designation to "terminated."

On April 16, 2025, the Counter Threat Lead Development Unit received communications from the Department of State indicating that Plaintiff's visa was revoked.

The above information is reflected in the Declaration of Andre Watson attached hereto as Exhibit A.

DATED:  April 21, 2025.

>	TIMOTHY COURCHAINE
>	United States Attorney
>	District of Arizona
>
>	*s/ Denise Ann Faulk*
>	DENISE ANN FAULK
>	Assistant U.S. Attorney
>	*Attorneys for United States*

/ *NO to Court - Supp*