**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (AZ Bar No. 020827)
Jesse Evans-Schroeder (AZ Bar No. 027434)
130 West Cushing Street
Tel.: (520) 639-7288
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net

*Attorneys for Plaintiff*
Student Doe #1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | No. CV25-00174-JGZ<br><br>**NOTICE OF FILING PLAINTIFF'S FULLY REDACTED DECLARATION** |

Pursuant to the Court's April 17, 2025 Order, Plaintiff, through undersigned counsel, provides notice of filing of her fully redacted declaration (Doc. 2-5), attached hereto.

Notice of Filing Plaintiff's Fully
Redacted Declaration

| | |
|---|---|
| Dated: April 21, 2025 | Respectfully Submitted |
| | /s/Matthew Green |
| | Matthew Green |
| | Attorney for Plaintiff |