# EXHIBIT C

Redacted Declaration of Plaintiff, April 13, 2025

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1,<br><br>    Plaintiff,<br><br>    v.<br><br>Donald J. TRUMP, in his official capacity, President of the United States of America;<br><br>John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director;<br><br>Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and<br><br>Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security;<br><br>    Defendants. | Case No. _____<br><br>**DECLARATION OF** ▮▮▮▮▮▮<br>▮▮▮▮▮▮▮▮▮<br>**(ARIZONA STUDENT DOE #1)** |

1. My name is ▮▮▮▮▮▮▮▮▮▮▮.

2. I am over eighteen years of age and am competent to testify regarding the matters described below.

3. I am a citizen of the Republic of ▮▮▮. I currently live in Tucson, Arizona.

4. I first entered the United States as a graduate student on December 25, 2021. I was enrolled to begin classes at ▮▮▮▮▮▮▮▮▮▮ for the spring semester in 2022, and I began attending classes on or about January 12, 2022.

5. I am in a graduate interdisciplinary program called ▮▮▮▮▮▮▮, and my specific track within that program is ▮▮▮▮▮▮▮▮▮.

6. I have been employed by ▮▮▮▮▮▮▮▮▮ since my first semester as a graduate student there. My specific employment roles have changed as I've worked

Affidavit of Plaintiff

for different faculty members. For example, I've worked as a graduate teaching assistant, research assistant, grader, and student worker. My most recent paid role has been as a student worker at the College of ▮ with Dr. ▮ and I am assisting with the activities of two research projects.

7. My paid work at the College of ▮ has had to be put on hold because I don't think my SEVIS termination allows me to get paid as a student worker anymore.

8. While living in Tucson, I met my husband, ▮, who is a U.S. citizen. We were married on June 17, 2022, and our daughter, ▮, was born on November ▮, 2022. She was born in Tucson and is also a U.S. citizen.

9. On October 3, 2023, I was charged with domestic violence assault in the Tucson City Court. However, the charge was dismissed November 7, 2023. I have no other criminal history.

10. On April 3, 2025, I received an email from the Interim Director of International Student Services (ISS) at the University of Arizona, which stated: "Dear ▮, I am reaching out regarding your immigration record. I want to let you know that we discovered that your SEVIS record was terminated, effective April 2, 2025, and the stated reason is: "Otherwise failing to maintain status – Individual identified in criminal records check and/or has had their visa revoked. SEVIS record has been terminated. Please come in to discuss this at your earliest convenience. I am in the ISS office today. Please let me know when you are available so I can meet with you. Thank you."

11. I have received no notification that my F-1 student visa has been revoked. However, after receiving the email from ISS, I used the US Department of State's Consular Electronic Application Center (CEAC) website to determine that my visa was, in fact, revoked. The CEAC page simply said "Your visa has been revoked. For further questions, please contact the embassy or consulate where you submitted your application." It also stated that my case was last updated on April 2, 2025, so I assume that is when my visa was revoked.

12. After learning that my visa had been revoked, and that my SEVIS record was terminated, I discussed my situation with my supervisor at work. My supervisor said that they wanted me to work on campus if I felt safe enough to do so, and I clarified that I did not, at least not until I knew whether I can actually work without getting into any kind of legal trouble. Therefore, my supervisor and I both agreed I would no longer log any hours for work.

13. I am scheduled to earn my master's degree and graduate next month. After I graduate, I had planned to explore my employment options through Optional Practical Training (OPT) as a post-graduate on my F-1 student visa, most likely continuing my work with ▮ in the College of ▮.

Affidavit of Plaintiff

14. However, given the unexpected nature of my current circumstances, I am no longer certain whether I will be able to legally work between now and when I graduate, or whether I will be able to take advantage of post-graduate employment opportunities on OPT.

15. To be more specific, I fully expected to be able to seek and obtain full-time employment as a clinical research associate after obtaining my master's degree next month. It is my understanding that the salary range for that type of position is between $75,000 -$125,000.

16. The loss of such employment opportunities will significantly affect my career trajectory, my mental health, and my family's financial potential.

17. For the past ten days, since being advised that my SEVIS record was terminated, and also learning that my student visa was revoked, I have suffered from extreme stress and anxiety that I may lose everything I have worked so hard to obtain over the past three years, and my husband and I are frightened that we will be separated because I may be detained and deported. I am especially terrified at the thought of being taken away from my two-year-old daughter.

I declare under penalty of perjury that the foregoing is true and correct. (U.S. Code, Title 28, USC § 1746.)

<u>April 13, 2025</u>
Dated

███████████████
("Arizona Student Doe #1")

Affidavit of Plaintiff