**GREEN EVANS-SCHROEDER, PLLC**
Matthew H. Green (AZ Bar No. 020827)
Jesse Evans-Schroeder (AZ Bar No. 027434)
130 West Cushing Street
Tel.: (520) 639-7288
Fax: (520) 882-8843
Email: matt@arizonaimmigration.net

*Attorneys for Plaintiff*
Student Doe #1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION

| | |
|---|---|
| Arizona Student DOE #1, | No. CV-25-00174-TUC-JGZ |
| Plaintiff, | **SECOND SUPPLEMENT TO CONSOLIDATED REPLY TO DEFENDANTS' RESPONSES IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MOTION TO PROCEED UNDER PSEUDONYM** |
| v. | |
| Donald J. TRUMP, in his official capacity, President of the United States of America; | |
| John CANTU, in his official capacity as ICE Enforcement and Removal Operations Phoenix Field Office Director; | |
| Todd M. LYONS, in his official capacity, Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security; and | |
| Kristi NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; | |
| Defendants. | |

2nd Supplement to Consolidated Reply to Defendants'
Responses Opposing Motions for TRO/PI and
to Proceed Under Pseudonym

Plaintiff respectfully files her second Supplement to Consolidated Reply to Defendants' Responses in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Proceed Under Pseudonym. This supplement only consists of the attached exhibits, which only became available to Plaintiff, through undersigned counsel, after 5:00 p.m. on April 22, 2025.[1]

Plaintiff respectfully asks the Court to consider the attached exhibits, along with the other information in the record, prior to making its decision on Plaintiff's motions for preliminary injunctive relief and to proceed under a pseudonym. *See Farmer v. Brennan,* 511 U.S. 825, 846, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994) (district courts may consider evidence or developments that postdate the parties' pleadings in preliminary injunctive proceedings).

Dated: April 23, 2025                                    Respectfully Submitted

                                                         /s/Matthew Green
                                                         Matthew Green
                                                         Attorney for Plaintiff

---

[1] Exhibit A became available at 9:38 p.m. on April 22, 2025.  Exhibit B became available at 7:30 p.m. on April 22, 2025. Exhibit C is background material related to Exhibit A, and Exhibit D is a demonstrative exhibit related to Exhibit B.

2nd Supplement to Consolidated Reply to Defendants'
Responses Opposing Motions for TRO/PI and
to Proceed Under Pseudonym

1