# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1,<br><br>Plaintiff,<br><br>v.<br><br>Donald J Trump, et al.,<br><br>Defendants. | No. CV-25-00174-TUC-JGZ<br>No. CV-25-00175-TUC-JGZ<br>No. CV-25-00183-TUC-JGZ<br><br>**ORDER** |

On May 2, 2025, Case 25-CV-00175-TUC-AMM was transferred to this Court pursuant to LRCiv 42.1. Given the common questions of law and fact between Case 25-CV-00175-TUC-JGZ, Case 25-CV-00174-TUC-JGZ, and Case 25-CV-00183-TUC-JGZ, and to avoid unnecessary cost and delay, the Court plans to set a single track for briefing and hearings related to Plaintiffs' requests for preliminary injunctive relief in these cases. *See* Fed. R. Civ. P. 42(a). Accordingly,

**IT IS ORDERED** that current briefing deadlines in the three above-captioned cases are **stayed**. A hearing is set for Monday, **May 5, 2025 at 10:00 a.m.** to discuss the Court's proposed coordinated briefing plan and potential deadlines and hearing dates.

Dated this 2nd day of May, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge