John H. Bradley (Wisconsin Bar No. 1053124)
R. Rick Resch (Wisconsin Bar No. 1117722)
**STRANG BRADLEY, LLC**
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>*Plaintiff,*<br><br>*v.*<br><br>Ryan T. Remington and City of Tucson,<br><br>*Defendants.* | No. 4:22-cv-00429-JGZ<br><br>**JOINT NOTICE OF INTENT TO FILE CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Pursuant to the Court's Scheduling Order, ECF No. 17, the parties submit this Joint Notice of Intent to File Cross-Motions for Summary Judgment.

All three parties intend to file motions for summary judgment in this case. The plaintiff and defendant City of Tucson believe that their cross-motions for summary judgment can be adequately briefed in four briefs as opposed to six

briefs with one statement of facts and one controverting statement of facts.

Defendant Ryan Remington would prefer to remain with the standard six brief summary judgment briefing schedule for its cross-motions for summary judgment with the plaintiff.

The plaintiff and defendant City of Tucson propose the following briefing schedule for their cross-motions for summary judgment:

    a. 6/14/24 – Defendant's brief and statement of facts
    b. 7/15/24 – Plaintiff's response / cross-motion and controverting statement of facts
    c. 7/30/24 – Defendant's reply / response brief
    d. 8/14/24 – Plaintiff's reply brief

The plaintiff and defendant Ryan Remington will follow the standard six brief summary judgment briefing schedule for its cross-motions for summary judgment with each of their initial briefs and statements of fact due on June 14, 2024.

Respectfully submitted,

Dated: 11 March 2024.

/s/ John H. Bradley
John H. Bradley
Wisconsin Bar No. 1053124
R. Rick Resch
Wisconsin Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Counsel for Plaintiff

1
2
3
4
5
6

/s/ Andrew J. Petersen
Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
APetersen@humphreyandpetersen.com
Attorney for Defendant Ryan T. Remington

7
8
9
10
11

/s/ Andrew Sterling
Andrew Sterling
Office of the Tucson City Attorney
255 W. Alameda
Tucson AZ 85726
andrew.sterling@tucsonaz.gov
Attorney for Defendant City of Tucson