# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1, et al., | No. CV-25-00174-TUC-JGZ |
| Plaintiffs, | No. CV-25-00175-TUC-JGZ |
| | No. CV-25-00183-TUC-JGZ |
| v. | **ORDER** |
| Donald J Trump, et al., | |
| Defendants. | |

Having considered the Parties' Stipulated Motion to Vacate Briefing Schedule and Set Status Conference (CV-25-00174-TUC-JGZ, Doc. 29),[1] and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 29) is **granted**. The deadlines and hearing date set in the Court's prior orders on May 15 (CV-25-00174, Doc. 28) (CV-25-00175, Doc. 26) and (CV-25-00183, Doc. 18) are **vacated**.

**IT IS FURTHER ORDERED** setting a status conference on June 6, 2025 at 1:30 p.m.

Dated this 23rd day of May, 2025.

Jennifer G. Zipps
Chief United States District Judge

---

[1] The Stipulation is found on the docket of CV-25-00175-TUC-JGZ at Doc. 27, and CV-25-00183-TUC-JGZ at Doc. 19.