TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
MICHAEL L. LINTON
Assistant U.S. Attorney
State Bar No. 024729
J. COLE HERNANDEZ
Assistant U.S. Attorney
State Bar No. 018802
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
E-Mail:  denise.faulk@usdoj.gov
         michael.Linton@usdoj.gov
         cole.hernandez@usdoj.gov
*Attorneys for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THR DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J. Trump, et al.,<br><br>Defendants. | CV-25-00174-TUC-JGZ<br>CV-25-00175-TUC-JGZ<br>CV-25-00183-TUC-JGZ<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |

The parties[1], by and through undersigned counsel, hereby stipulate to continue the hearing date under the Court's Orders dated May 23, 2025 (CV-25-00174, Doc. 30; CV-25-00175, Doc. 28; and CV-25-00183, Doc. 20) and set a status conference on or after Monday, June 23, 2025, subject to the Court's availability.  On May 22, 2025, a preliminary injunction was issued in the Northern District of California in the matters of *Doe v. Trump, et al.,* No. 25-CV-03140-JSW, *S.Y., et al. v. Noem,* No. 25-CV-03244-JSW, *Chen, et al. v. Noem,* No. 25-CV-03292-JSW, *W.B. v. Noem,* 25-CV-03407-JSW,

---

[1] Counsel for the United States are specially appearing on behalf of the named Defendants in their official capacities.

and *JC v. Noem,* 25-CV-03502-JSW (Doc. 69).  The order states that the injunction applies to the plaintiffs who brought the claims and "similarly situated individuals nationwide from outside the jurisdiction of their residence" pending the resolution of those matters.  The parties require additional time to determine the effect this will have on these matters currently before the Court.

       This request is made to promote the just and efficient resolution of these matters and not for the purposes of delay.  A proposed Order is submitted herewith.

       RESPECTFULLY SUBMITTED:  June 4, 2025.

| GREEN EVANS-SCHROEDER, PLLC | TIMOTHY COURCHAINE<br>United States Attorney<br>District of Arizona |
|---|---|
| *s/ Matthew H. Green (with permission)*<br>MATTHEW H. GREEN<br>Attorney for Plaintiffs | *s/ Denise Ann Faulk*<br>DENISE ANN FAULK<br>MICHAEL L. LINTON<br>J. COLE HERNANDEZ<br>Assistant U.S. Attorney<br>Attorneys for the United States |