# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1, et al., | No. CV-25-00174-TUC-JGZ |
| Plaintiffs, | No. CV-25-00175-TUC-JGZ |
| | No. CV-25-00183-TUC-JGZ |
| v. | **ORDER** |
| Donald J Trump, et al., | |
| Defendants. | |

Having considered the parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 31; CV-25-00175, Doc. 29; and CV-25-00183, Doc. 21), and good cause appearing,

**IT IS ORDERED** that the Stipulation to Continue Status Conference (CV-25-00174, Doc. 31; CV-25-00175, Doc. 29; and CV-25-00183, Doc. 21) is **granted**. The hearing date of June 6, 2025 at 1:30 p.m., set in the Court's prior orders of May 23, 2025 (CV-25-00174, Doc. 30; CV-25-00175, Doc. 28; CV-15-00183, Doc. 20), is **vacated**.

**IT IS FURTHER ORDERED** setting a status conference on **June 24, 2025 at 2:00 p.m.**

Dated this 5th day of June, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge