1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                      **FOR THR DISTRICT OF ARIZONA**

10   Arizona Student Doe #1, et al.,              **CV-25-00174-TUC-JGZ**
                                                  **CV-25-00175-TUC-JGZ**
11                  Plaintiffs,                   **CV-25-00183-TUC-JGZ**

12       v.                                            **ORDER**

13   Donald J. Trump, et al.,

14                  Defendants.

15

16       The parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 33;

17   CV-25-00175, Doc. 31; and CV-25-00183, Doc. 23) is before the Court, and for good

18   cause appearing,

19       **IT IS ORDERED** that the Stipulation to Continue Status Conference is

20   **GRANTED.**

21       **IT IS FURTHER ORDERED** that the hearing date set in the Court's prior orders

22   of June 5, 2025 (CV-25-00174, Doc. 32; CV-25-00175, Doc. 30; CV-25-00183, Doc.

23   22), is vacated.

24       **IT IS FURTHER ORDERED** setting a status conference on _____, 2025,

25   at _____ am/pm.

26
27
28