**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Student DOE #1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J Trump, et al.,<br><br>Defendants. | No. CV-25-00174-TUC-JGZ<br>No. CV-25-00175-TUC-JGZ<br>No. CV-25-00183-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 33; CV-25-00175, Doc. 31; CV-25-00183, Doc. 23) until on or after Tuesday, June 8, 2025. On June 5, 2025, the Court granted the parties' previous Stipulation to Continue Status Conference and set the status conference for June 24, 2025. (CV-25-00174, Doc. 32; CV-25-00175, Doc. 30; CV-25-00183, Doc. 22.) Because the parties' Stipulation as filed would be moot, the Court construes the Stipulation as a request for a continuance until on or after **Tuesday, July 8, 2025**.

Accordingly,

//
//
//
//
//
//

**IT IS ORDERED** that the parties' Stipulation to Continue Status Conference (CV-25-00174, Doc. 33; CV-25-00175, Doc. 31; CV-25-00183, Doc. 23) is **granted**. The hearing date of June 24, 2025 at 2:00 p.m., set in the Court's prior orders of June 5, 2025 (CV-25-00174, Doc. 32; CV-25-00175, Doc. 30; CV-25-00183, Doc. 22), is **vacated**.

**IT IS FURTHER ORDERED** setting a status conference on **July 15, 2025 at 2:00 p.m.**

Dated this 18th day of June, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge