# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Student DOE #1, et al.,<br><br>Plaintiff,<br><br>v.<br><br>Donald J Trump, et al.,<br><br>Defendants. | No. CV-25-00174-TUC-JGZ<br>No. CV-25-00175-TUC-JGZ<br>No. CV-25-00183-TUC-JGZ<br><br>**ORDER** |

These matters are set for a status conference on July 15, 2025, at 2:00 p.m. Accordingly,

**IT IS ORDERED** the Parties shall file a joint status report no later than **noon on Monday, July 14, 2025** outlining the issues to be discussed at the status conference.

Dated this 8th day of July, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge